**LOCKE LORD LLP**
Jon L. Rewinski (SBN 116124)
jrewinski@lockelord.com
Jamie M. Cheng (SBN 298750)
jamie.cheng@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
phone: 213.485.1500

Bryan Harrison (*Pro Hac Vice* to be filed)
bryan.harrison@lockelord.com
Terminus 200, Suite 1200
3333 Piedmont Road, N.E.
Atlanta, Georgia 30305
phone: 404.870.4600

Attorneys for Plaintiff
Ace Gift & Craft (Ningbo) Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE GIFT & CRAFT (NINGBO) CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-5,<br><br>Defendants. | Case No. 2:18-cv-07441<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES** |

**PLEASE TAKE NOTICE** that Plaintiff Ace Gift & Craft (Ningbo) Co., Ltd. ("Plaintiff") hereby provides this notice, as required by Local Rule 7.1-1, of any known parties which may have a pecuniary interest in the outcome of the case.

The undersigned, counsel of record for Plaintiff, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Ace Gift & Craft (Ningbo) Co., Ltd.

Dated: August 24, 2018

Respectfully submitted,

LOCKE LORD LLP

By: */s/ Jon L. Rewinski*
    Jon L. Rewinski
*Attorneys for Plaintiff Ace Gift & Craft (Ningbo) Co., Ltd.*