**LOCKE LORD LLP**
Jon L. Rewinski (SBN 116124)
jrewinski@lockelord.com
Jamie M. Cheng (SBN 298750)
jamie.cheng@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
phone: 213.485.1500

Bryan Harrison (*Pro Hac Vice* to be filed)
bryan.harrison@lockelord.com
Terminus 200, Suite 1200
3333 Piedmont Road, N.E.
Atlanta, Georgia 30305
phone: 404.870.4600

Attorneys for Plaintiff
Ace Gift & Craft (Ningbo) Co., Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE GIFT & CRAFT (NINGBO) CO., LTD., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOES 1-5, <br><br> Defendants. | Case No. 2:18-cv-07441 <br><br> **PLAINTIFF ACE GIFT & CRAFT (NINGBO) CO., LTD.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Plaintiff Ace Gift & Craft (Ningbo) Co., Ltd. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: August 24, 2018

Respectfully submitted,

LOCKE LORD LLP

By: */s/ Jon L. Rewinski*
      Jon L. Rewinski
*Attorneys for Plaintiff Ace Gift & Craft (Ningbo) Co., Ltd.*